AO 455 (Rev. 5/85) Waiver of Indictment

*FILED JAN 31 2018 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID NICHOLS

**WAIVER OF INDICTMENT**

CASE NUMBER: 17-CR-170-A

I, DAVID NICHOLS, the above named defendant, who is accused of Conspiracy to Traffic in Counterfeit Goods in **violation of Title 18, United States Code, Section 2320(a)(1)**, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 31, 2018, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
DAVID NICHOLS
Defendant

_____
JUSTIN GINTER, ESQ.
Counsel for Defendant

Before _____
Judicial Officer
RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
Jan. 31, 2018