IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. 17-CR-170-RJA

DAVID NICHOLS,
                Defendant.

---

## INFORMATION
(Title 18, United States Code, Section 2320(a)(1))

### COUNT 1

**The United States Attorney Charges That:**

Between in or about August 2015 and in or about March 2016, in the Western District of New York, and elsewhere, the defendant, David Nichols, conspired to traffic, and trafficked, in goods, specifically automobile airbags, while knowingly using on and in connection with such goods, counterfeit marks, that is, spurious marks identical to and substantially indistinguishable from genuine marks of Honda, Nissan, Toyota, Mazda, Acura, Subaru, Hyundai and Mitsubishi which marks were in use and registered for those goods on the principal register of the United States Patent and Trademark Office, and the use of which counterfeit marks was likely to cause confusion, to cause mistake and to deceive.

**All in violation of Title 18, United States Code, Section 2320(a)(1)**

DATED: Buffalo, New York, January 31st, 2018.

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

BY: _____
       Michael DiGiacomo
       Assistant United States Attorney
       United States Attorney's Office
       138 Delaware Avenue
       Buffalo, New York 1420
       (716) 843-5885
       Michael.digiacomo@usdoj.gov

FILED JAN 31 2018 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY